IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA ANA RIVERA-RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY PUERTO RICO, INC., *et al.* <br><br> Defendants, | CIVIL NO. 16-1340(JAG) |

## JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal filed on April 26, 2016, Docket No. 6, the Court hereby enters Judgment dismissing Plaintiff's claims against all Defendants WITH PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 26th day of April, 2016.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT COURT JUDGE